**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **VR Phase III Homeowners Association, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  2  –  0  5  6  2  7  5  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **801 E. Campbell Rd.**<br>Number     Street<br>**Suite 620** | <br>Number     Street<br><br>P.O. Box |
| **Richardson**        **TX**     **75081**<br>City             State     ZIP Code | <br>City             State     ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number     Street<br><br>City             State     ZIP Code |

5. **Debtor's website (URL)**   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **VR Phase III Homeowners Association, Inc.**          Case number (if known) _____

| 7. | Describe debtor's business | | |
|---|---|---|---|

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **VR Phase III Homeowners Association, Inc.** _____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                MM / DD / YYYY

District _____ When _____ Case number _____
                                MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                                MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street

_____
City                              State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor  **VR Phase III Homeowners Association, Inc.**_____      Case number (if known) _____

## Statistical and adminstrative information

| | | | | |
|---|---|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* | | |
| | | ☑ Funds will be available for distribution to unsecured creditors. | | |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| | | | | |
|---|---|---|---|---|
| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/10/2023**_____
      MM / DD / YYYY

X  **/s/ Daniel Reinhold**_____
Signature of authorized representative of debtor
**Daniel Reinhold**_____
Printed name
**Community Manager**_____
Title

Debtor    **VR Phase III Homeowners Association, Inc.**                    Case number (if known) _____

**18.  Signature of attorney**          **X** **/s/ Joyce W. Lindauer**                          Date **05/10/2023**
                                        Signature of attorney for debtor                        MM / DD / YYYY

                                        **Joyce W. Lindauer**
                                        Printed name

                                        **Joyce Lindauer**
                                        Firm name

                                        **Joyce W. Lindauer Attorney, PLLC**
                                        Number        Street

                                        **1412 Main Street, Suite 500**

                                        **Dallas**                              **TX**        **75202**
                                        City                                    State        ZIP Code

                                        **(972) 503-4033**                      **joyce@joycelindauer.com**
                                        Contact phone                          Email address

                                        **21555700**                            **TX**
                                        Bar number                              State

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:   **VR Phase III Homeowners Association, Inc.**                              CASE NO

                                                                                                    CHAPTER      **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  5/10/2023 _____                    Signature   **/s/ Daniel Reinhold** _____
                                                                                   ***Daniel Reinhold***
                                                                                   ***Community Manager***


Date _____                         Signature _____

Abdul Hamidya
8539 Rugby Rd.
Irving, TX 75063


Abhaya Srivastava
1256 Tioga Dr.
Irving, TX 75063


Abraham Kunnathuparampil
1264 Tioga Dr.
Irving, TX 75063


Afra Fatima Mohammad
Neman Muqtadir Mohammad
1245 Tioga Dr.
Irving, TX 75063

Akbar Javed
8716 Rugby Rd.
Irving, TX 75063


Alberto & Heather Macias
1209 Nocona Dr.
Irving, TX  75063


Altaf Kazi
8708 Rugby Rd.
Irving, TX 75063


Amna & Kamrn Javed
1234 Minto Dr.
Irving, TX 75063


Ankush Malhotra
632 Lismore Dr.
Frisco, TX 75036

Anusha Rongali
1247 Nocona Dr.
Irving, TX 75063


Anwar Achankunju
8900 Independence Pkwy
Apt. 32104
Plano, TX 75025


Aparna & Prasad Chandratre
614 Ridgemont Ave.
Rockville, MD 20850


Arthi Rajasekaran
1223 Nocona Dr.
Irving, TX 75063


Aruna Peravali
8707 Rugby Dr.
Irving, TX 75063


Associations Insurance Agency
5401 N. Central Expressway
Suite 315
Dallas, TX 75205


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Atul Shah
8522 Balta Court
Irving, TX 75063


Banerjee Rajesh
8709 Drayton Dr.
Irving, TX 75063

Binay Mishra
9421 Olice Ct.
Argyle, TX 76226


Canica Coomar
1256 Tioga Dr.
Irving, TX 75063


Chad Robinson
Riddle & Williams P.C.
3811 Turtle Creek Blvd.
Suite 500
Dallas, TX 75219

Chandra & Kanya Bodapati
1268 Tioga Dr.
Irving, TX 75063


Charles Akonnor
1233 Tioga Dr.
Irving, TX 75063


Chetna Patel
8718 Drayton Dr.
Irving, TX 75063


Christina & Jeremy Spivey
8714 Drayton Dr.
Irving, TX 75063


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Daniel & Samantha Callahan
1251 Nocona Dr.
Irving, TX 75063

Darsit Bhakta
1234 Nocona Dr.
Irving, TX 75063


David Fesperman
PO Box 1999
Georgetown, TX 78627


David Michael Cain
James Ivan Cain
1241 Tioga Dr.
Irving, TX 75063


David Quinones
8645 Drayton Dr.
Irving, TX 75063


Deepthi Thota
8528 Rugby Dr.
Irving, TX 75063


Denisse Altamirano
8711 Rugby Rd
Irving, TX 75063


Devi Sundararajulu
8731 Rugby Dr.
Irving, TX 75063


Dharti & Honey Panchal
1239 Nocona Dr.
Irving, TX 75063


Diego Seldner Molina
1273 Tioga Dr.
Irving, TX 75063

Dipin Maharjan
1204 Tioga Dr.
Irving, TX 75063


Edaki Francis
1249 Tioga Dr.
Irving, TX 75063


Euphrasia & Krishnamurthy Naidu
1276 Tioga Dr.
Irving, TX 75063


Farhan Z. Khan
Zahra Ghadimi Khasraghy
1238 Minto Dr.
Irving, TX 75063


Fariba Nourzaif
1219 Nocona Dr.
Irving, TX 75063


First Service Residential
c/o John M. Cox
John M. Cox & Associates, P.C.
325 N. St. Paul St., Suite 2350
Dallas, TX 75201

Ginu Varughese
8900 Independence Parkway
Apt. 32104
Plano, TX 75025


Gioan Duong
8524 Rugby Rd.
Irving, TX 75063


Greta Brown
PO Box 174031
Arlington, TX 76003

Gretchen & Timothy Smith
8504 Balta Ct.
Irving, TX 75063


Hardik Kansupada
2708 Dames Lane
Irving, TX 75063


Haroon Jalal
8727 Rugby Rd.
Irving, TX 75063


Hena Kazi
8708 Rugby Rd.
Irving, TX 75063


Ichiro & Laiwa Matsuchita
8509 Rugby Dr.
Irving, TX 75063


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


Ira Shrestha
1204 Tioga Dr.
Irving, TX 75063


Issifou Kouadio
1243 Nocona Dr.
Irving, TX 75063

Jagruti Petel
8720 Rugby Dr.
Irving, TX 75063

Jaiesh & Sapna Narsian
8544 Rugby Rd.
Irving, TX 75063

Jeronima Galicia
8519 Rugby Rd.
Irving, TX 75063

Jesus & Maria Orozco
8520 Rugby Dr.
Irving, TX 75063

Jesus & Sandra Patino
14691 Gold Creek Ct.
Apt. B
Grass Valley, CA 95949

Jitendra & Jyotika Patel
1257 Tioga Dr.
Irving, TX 75063

Joseph & Yumi D'Antonio
8521 Balta Ct.
Irving, TX 75063

Joseph Gordian
8700 Drayton Dr.
Irving, TX 75063

Joshua Gonalez
8739 Rugby Rd.
Irving, TX 75063

Kahana Althysivam
8515 Rugby Rd.
Irving, TX 75063


Kang Ho Kim
8531 Rugby Rd.
Irving, TX 75063


Karthi Masilamani
8523 Rugby Dr.
Irving, TX 75063


Kashif Fazal
8722 Drayton Dr.
Irving, TX 75063


Kasi & Pavani Vadlamannati
1260 Tioga Dr.
Irving, TX 75063


Kawalpreet Kaur
2816 Fountain Dr.
Irving, TX 75063


Kevin Paul
8605 Rugby Dr.
Irving, TX 75063


Kim Nguyen
8524 Rugby Rd.
Irving, TX 75063


Kinnary Patel
8745 Rugby Dr.
Irving, TX 75063

Kondra Padma
8535 Rugby Dr.
Irving, TX 75063


Kumaran Ramalingam
8731 Rugby Rd.
Irving, TX 75063


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Liyun Xu Chapman
9119 Bottlebrush Lane
Irving, TX 75063


Madhu Sarangam
8745 Rugby Dr.
Irving, TX 75063


Mahesh Kashyap
1272 Tioga Dr.
Irving, TX 75063


Mahwish Naviwala
8539 Rugby Rd.
Irving, TX 75063


Mallela Vedaswarupa
13781 Mammoth Cave Lane
Frisco, TX 75035


Mani Pottepalli
1248 Tioga Dr.
Irving, TX 75063

```
Maria Magdalena Cortazar
Oscar Javier Cortazar Garcia
8724 Drayton Dr.
Irving, TX 75063


Mariamma & Mathukutty Eapen
1280 Tioga Dr.
Irving, TX 75063



Marie Leon
1237 Tioga Dr.
Irving, TX 75063



Marykutty Thomas
8601 Rugby Dr.
Irving, TX 75063



Meetu Agarwal
8717 Drayton Dr.
Irving, TX 75063



Melissa & Virgilio Cunanan
8710 Drayton Dr.
Irving, TX 7 5063



Michelle Nguyen
8739 Rugby Dr.
Irving, TX 75063



Mozamel & Nahida Hawk
8660 Drayton Dr.
Irving, TX 75063



Mrinalin & Satish Gundabathula
11235 Nacona Dr.
Irving, TX 75063
```

Murali Krishna Byluppaia
1240 Tioga Dr.
Irving, TX 75063

Nardos Yonas
1212 Tioga Dr.
Irving, TX 75063

Nirmal Kaur
8501 Balta Court
Irving, TX 75063

Nittala Kumar
13781 Mammoth Cave Lane
Frisco, TX 75035

Omprakash Saini
Vidhya Saini
1252 Tioga Dr.
Irving, TX 75063

Paramjit Singh
2816 Fountain Dr.
Irving, TX 75063

Patricia Le & Vinh Pham
8536 Rugby Dr.
Irving, TX 75063

Philip Gura
1227 Nacona Dr.
Irving, TX 75063

Philip Nguyen
Trang Nguyen
1201 Nocona Dr.
Irving, TX 75063

Phillsun Kang
1222 Nocona Dr.
Irving, TX 75063


Prasad Karri
1247 Nocona Dr.
Irving, TX  75063


Pratibha Kashyap
1272 Tioga Dr.
Irving, TX  75063


Principal Management Group
of North Texas
801 E. Campbell Rd., Suite 620
Richardson, TX 75081


Pulkit Gupta
8717 Drayton Dr.
Irving, TX 75063


Raj & Rinkal Patel
1250 Minto Dr.
Irving, TX 75063


Raja Mandaloju
8527 Rugby Rd.
Irving, TX 75063


Raju Paulose
1701 Faringdon Dr.
Plano, TX 75075


Ralph Hunter
1246 Minto Dr.
Irving, TX 75063

Ramesh Kanagaraj
8609 Rugby Rd.
Irving, TX 75063


Ramya Arasu
8705 Drayton Dr.
Irving, TX 75063


Rao Vadrevu
8540 Rugby Dr.
Irving, TX  75063


Remedios David
1269 Tioga Dr.
Irving, TX 75063


Roja & Uma Atluri
8721 Drayton Dr.
Irving, TX 75063


Sachin Shah
8720 Rugby Dr.
Irving, TX 75063


Samuel & Antonia Cruz
1269 Tioga Dr.
Irving, TX 75063


Sandeep Singh
8735 Rugby Dr.
Irving, TX 75063


Sayiad Aanan
1219 Nocona Drive
Irving, TX 75063

Selcy Joby
1238 Nocona Dr.
Irving, TX 75063


Shehzad Khan
1208 Tioga Dr.
Irving, TX 75063


Shirish Shrikant Dandwate
8661 Drayton Dr.
Irving, TX 75063


Shrikant Rucha
8661 Drayton Dr.
Irving, TX 75063


Siva Akkineni
8707 Rugby Road
Irving, TX 75063


Srinath Jandhyala
8543 Rugby Rd.
Irving, TX 75063


Srinivas Bhamidipaty
8719 Rugby Dr
Irving, TX 75063


Srinivasan Vijayakumar
8501 Balta Court
Irving, TX 75063


Sriram Namilakond
Prasanna Kumari Manilakonda
1226 Nocona Dr.
Irving, TX 75063

Subramaniam Chakrapani
1223 Nocona Dr.
Irving, TX 75063


Suganya Mahalingam
8701 Rugby Dr.
Irving, TX 75063


Suraj Munta
2104 Beaver Creek Lane
Southlake, TX 76092


Suresh Atmakuru
8527 Rugby Dr.
Irving, TX 75063


Surinder Singh
8501 Balta Court
Irving, TX  75063


Susy Jaboc
1231 Nacona Dr.
Irving, TX 75063


Swapna Katragadda
1220 Tioga Dr.
Irving, TX 75063


Swapna Vanja
8709 Drayton Dr.
Irving, TX 75063


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


Upinder K. Singh
1242 Minto Dr.
Irving, TX 75063


Vallabh Patel
8505 Rugby Dr.
Irving, TX 75063


Valley Ranch Master Association, Inc.
c/o Michael H. Myers
Walters Balido & Crain
10440 N. Central Expwy., Suite 1500
Dallas, TX 75231

Vasanthalakshmi Subramanian
1253 Tioga Dr.
Irving, TX 75063


Vasudev Nellutla
1205 Nocona Dr.
Irving, TX  75063


Venkata Ramana Mandava
1224 Tioga Dr.
Irving, TX 75063


Venkateswara Dasti
8535 Rugby Rd.
Irving, TX 75063

Venna Naray
8609 Rugby Dr.
Irving, TX 75063


Vishnu Valluru
1220 Tioga Dr.
Irving, TX 75063


Wan Lee
Jim Liu
8655 Drayton Dr.
Irving, TX 75063


Xiaofang Huo
124 Mesquite Wood St.
Coppell, TX 75019


Yahiya Talha Mohammed
1244 Tioga Dr.
Irving, TX 75063


Zachary J. & Jessica L. Cunningham
8706 Drayton Dr
Irving, TX 75063


Zainul Abendin
8516 Balta Ct.
Irrving, TX 75063


Zheng Investment Group LLC
2250 LBJ Freeway
Suite 100
Dallas, TX 75234